**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JANICE CAHAJLA,** § | No. 06C0394 | |
| Plaintiff, § | | |
| § | | |
| v. § | Judge Andersen | |
| § | | |
| **SERGEANT'S PET CARE PRODUCTS, INC.,** § | Magistrate Keys | |
| Defendant. § | | |

## JOINT MOTION TO VOLUNTARILY DISMISS

Plaintiff Janice Cahajla and Defendant Sergeant's Pet Care Products, Inc., file this Joint Motion to Voluntarily Dismiss and would show the Court as follows:

1. The parties have reached a settlement.

2. The parties seek voluntary dismissal with prejudice of this case including all claims subject to this Court retaining jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties on or about 14 June 2006.

Wherefore, the parties request this Court to dismiss this case with prejudice and retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties and that the Court enter the attached Agreed Order.

___s/_____  
**RICHARD C. BALOUGH**  
53 W. Jackson Blvd. .  
Suite 956  
Chicago IL 60604  
312.834.0400  
Attorney for Plaintiff

____s/_____  
Brendan J. Healey  
Mandell Menkes LLC  
333 W. Wacker Dr. Ste. 300  
Chicago IL 60606  
312.251-1000  
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JANICE CAHAJLA,** | § | **No. 06C0394** |
| **Plaintiff,** | § | |
| | § | **Judge Andersen** |
| v. | § | |
| | § | |
| **SERGEANT'S PET CARE PRODUCTS, INC.,** | § | **Magistrate Keys** |
| **Defendant.** | § | |

## AGREED ORDER

This cause being before the Court on Plaintiff's and Defendant's Joint Motion to Voluntarily Dismiss and the Court having been advised of a settlement between the parties that has resolved all issues between the parties. Accordingly, IT IS HEREBY ORDERED:

This case and all claims and counterclaims are hereby dismissed with prejudice provided, however, that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties on or about 14 June 2006.

ENTERED: June ___ 2006

_____
Judge