# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 6 C 394 | **DATE** | 6/30/2006 |
| **CASE TITLE** | Cahajla v. Sergeant's Pet Care | | |

**DOCKET ENTRY TEXT**

Joint motion to voluntarily dismiss [18] is granted.  It is hereby ordered that this case and all claims and counterclaims are hereby dismissed with prejudice provided, however, that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties on or about 6/14/2006.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|